Harris Goldberg and Katie Goldberg, His Wife, Appellants, v. Emma Tuck and Berger Realty and Construction Company, Respondents.— Judgment modified by striking out the words "upon the merits," and as so modified affirmed, without costs. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Peter Imke, as Administrator, etc., of Leopold Imke, Deceased, Respondent, v. The City of New York and Sigretto & Mannino Company, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

In the Matter of Acquiring Title by the City of New York, Appellant, to Certain Lands, etc., on the Easterly Side of Vernon Avenue, North of Harris Avenue, etc., for Bridge Purposes, etc. Samuel Smyth, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

John S. Ladd and Bertie E. Denton, as Administratrix, etc., of Emily E. Turner, Deceased, Respondents, v. Frank J. Tyler, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Martin H. Latner, Respondent, v. Alexander J. Weber and Anna Weber, Appellants.— Order of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Ailene Ely McNeir, Respondent, v. Burrows McNeir, Appellant. In the Matter of the Petition of George McNeir, Appellant, for the Custody of Louise McNeir and Janet McNeir, Infants. In the Matter of the Petition of Caroline S. Ely, Appellant, for the Custody of Louise McNeir and Janet McNeir, Infants.— Judgment and orders affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

The People of the State of New York ex rel. John W. Cottrell, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

The People of the State of New York ex rel. Frederick D. Hensle, Relator, v. James C. Cropsey, as Police Commissioner of the City of New York, Respondent.— Determination confirmed and writ dismissed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

John A. Rice, an Infant, by John H. Rice, His Guardian ad Litem, Respondent, v. The New York Central and Hudson River Railroad Com-